IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TODD COGLE,

    Plaintiff,

v.                                                                                 No. 13-cv-1012 MV/SMV

BRT CORPORATION and
TORMEY BEWLEY CORPORATION,

    Defendants.

## ORDER RESETTING TELEPHONIC RULE 16 SCHEDULING CONFERENCE

**Date and time**:     March 5, 2014, at 10:30 a.m.

**Matter to be heard**:   Telephonic Rule 16 Scheduling Conference

    The previous referral judge held a Rule 16 Scheduling Conference on January 16, 2014, but he deferred setting any scheduling deadlines pending outcome of the parties' private mediation. [Doc. 24]. On inquiry by chambers' staff, Plaintiff's counsel advised on February 13, 2014, that the private mediation had been cancelled. Accordingly, a Rule 16 Scheduling Conference is appropriate at this time and is set by telephone for **March 5, 2014, at 10:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    **IT IS SO ORDERED.**

                                                                            **STEPHAN M. VIDMAR**
                                                                            **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.