IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TODD COGLE,

    Plaintiff,

v.                                                                        No. 13-cv-1012 MV/SMV

**BRT CORPORATION and**
**TORMEY BEWLEY CORPORATION,**

    Defendants.

### ORDER TO FILE CLOSING DOCUMENTS

    The parties have notified the Court that they have reached a settlement in this matter.

    **IT IS THEREFORE ORDERED** that closing documents be filed no later than **30 days from date of this order**, absent a request for an extension and a showing of good cause.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**